JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DERRICK FENLEY, et al., | ) | CASE NO. CV 12-228 DSF (PLAx) |
| Plaintiffs, | ) | |
| vs. | ) | |
| RITE AID CORP., | ) | JUDGMENT |
| Defendant. | ) | |

The action having been dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2),

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs take nothing and that their claims be dismissed without prejudice.

Dated: 5/18/12

_____
Dale S. Fischer
United States District Judge